```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**BAIN & COMPANY INC.**

V.                                          Civil Action No. 12-10602-DJC

**JIM WOODS**

### ORDER OF RECUSAL

CASPER, J.

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

                                                  _____
                                                  /s/ Denise J. Casper
                                                  U.S. District Judge

Date:  April 5, 2012