UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAIN & COMPANY INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 12-10602 <br> ) |
| JIM WOODS, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**PLAINTIFF'S NOTICE CONCERNING NOTICE GIVEN TO DEFENDANT REGARDING REQUEST FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Bain & Company Inc. ("Bain") respectfully submits this notice to inform the Court that its counsel provided notice to the defendant of this action and Bain's request for a temporary restraining order on April 4, 2012, prior to filing the complaint and motion.

Through a conversation between Bain's counsel and the Court's clerk, Bain understands that the Court's practice upon receipt of a motion for a temporary restraining order is to issue an initial order directing the plaintiff to provide notice to the defendant of the motion. Bain hereby confirms that on April 4, 2012, it both provided notice to defendant Woods and sent to him, by email and Federal Express, copies of the complaint and motion papers. Mr. Woods shortly thereafter confirmed receipt by sending multiple emails to the undersigned in response.

Copies of the email and letter to Mr. Woods, and his emails in response, are attached hereto as Exhibit A. The undersigned also confirms that as of the time of this filing, the "Posterous" website referred to in one of Mr. Woods's responsive emails, which he stated he would "dissolve" yesterday, remains available online.

April 5, 2012                                  Respectfully submitted,

                                               BAIN & COMPANY INC.

                                               By its attorneys,


                                               /s/ Joshua L. Solomon
                                               Joshua L. Solomon (BBO #657761)
                                               jsolomon@sandw.com
                                               Amy Lyster (BBO # 667263)
                                               alyster@sandw.com
                                               Sullivan & Worcester LLP
                                               One Post Office Square
                                               Boston, MA 02109
                                               Tele:  (617) 338-2800
                                               Fax:  (617) 338-2880


                             Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on April 5, 2012.

                                               /s/ Joshua L. Solomon